UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLFGANG PUCK AND BARBARA LAZAROFF,<br><br>Petitioners,<br><br>v.<br><br>W.P. PRODUCTIONS, INC. AND W.P. APPLIANCES, INC.,<br><br>Respondents. | CASE NO. LA CV18-09708 JAK (SSx)<br><br>**ORDER RE PETITIONERS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE ON MOTION TO REMAND FROM MARCH 11, 2019 TO FEBRUARY 25, 2019 OR AS SOON THEREAFTER AS THE MOTION TO REMAND MAY BE HEARD (DKT. 19)** |

| | |
|---|---|
| 1 | Based on a review of Petitioners' *ex parte* application to advance the March |
| 2 | 11, 2019 hearing date on their motion to remand this action to the Los Angeles |
| 3 | Superior Court ("Application" (Dkt. 19)), as well as the opposition thereto and the |
| 4 | supplemental briefing submitted, the Application is **GRANTED IN PART AND** |
| 5 | **DENIED IN PART**. |
| 6 | The Court has considered the matters raised with respect to the Petitioners' |
| 7 | Motion to Remand ("Motion" (Dkt. 10)) and has concluded that pursuant to Local |
| 8 | Rule 7-15, the matter can be decided without oral argument. The Motion, noticed |
| 9 | for hearing on March 11, 2019, has been taken under submission and off the |
| 10 | Court's motion calendar. No appearance by counsel is necessary. |

IT IS SO ORDERED.

Dated: February 27, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE